# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 13, 2007

VIA FACSIMILE (415) 522-3605
Magistrate Judge Nandor Vadas
450 Golden Gate Ave, Ctrm F
San Francisco, CA
attn: Wings Hom,

<u>United States v. Dominic Smith, CR 04–7-70414 WDB</u>
**RE: Request to continue matter from 7/18 to 7/24 for status**

Dear Judge Vadas:

I am writing to ask that the above-referenced case, which is currently calendared before Your Honor for Wednesday, July 18, 2007, at 9:30 a.m. for detention hearing, be continued to Tuesday, July 24, 2007, at 10:00 a.m. before Magistrate Judge Wayne D. Brazil for status. Mr. Smith is aware that he is entitled to a detention hearing within three court days of his initial appearance. Mr. Smith is aware that there is a parole hold out of Alameda County and is willing to waive the timing of his bail hearing at this time.

I have spoken to Assistant United States Attorney Deborah Douglas and she has no objection to the date being continued from July 18, 2007, to July 24, 2007 before Judge Wayne D. Brazil.

Thank you.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

JOYCE LEAVITT
Assistant Federal Public Defender

cc:  Deborah Douglas, AUSA
     Taifa Gaskins, US Pretrial Services

SO ORDERED

~~JAMES LARSON~~ NANDOR J. VADAS
U.S. ~~CHIEF~~ MAGISTRATE JUDGE
7-16-07